Della Barnett, State Bar #88649
R. Erandi Zamora  State Bar #281929
CALIFORNIA RURAL LEGAL ASSISTANCE FOUNDATION
2210 K Street, Suite 201
Sacramento, CA 95816
Telephone:  (916) 446-7904
Facsimile:   (916) 446-3057
dbarnett@crlaf.org
ezamora@crlaf.org

Enrique Martínez, State Bar #206884
John E. Hill,  State Bar #45338
LAW OFFICES OF JOHN E. HILL
333 Hegenberger Road, Ste. 500
Oakland, CA 94621
Telephone:  (510) 588-1000
Facsimile:   (510) 633-2504
emartinez15@comcast.net

*Attorneys for Plaintiffs
and the Plaintiff Class*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS MORFIN, LAURENTINO VARGAS, ASENCION LICEA, and FELIPE CRUZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VELDHUIS NORTH DAIRY, a business organization, form unknown, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.:  1:14-CV-01957 LJO BAM<br><br>**STIPULATION TO REMAND CASE TO MERCED COUNTY SUPERIOR COURT; ORDER THEREON** |

1

Plaintiffs Jesus Morfin, Laurentino Vargas, Asencion Liceo, and Felipe Cruz, individually and on behalf of a proposed class of similarly-situated individuals ("Plaintiffs"), and defendant Veldhuis North Dairy ("Defendant") (collectively, "the Parties"), by and through their respective counsel, hereby agree and stipulate as follows:

**STIPULATION**

1.　On January 15, 2014, the Plaintiffs commenced an action against the Defendant in the Superior Court of the State of California, County of Merced, entitled *Morfin, et al. v. Veldhuis North Dairy, et al.*, Case No. CMV 017 297.  Plaintiffs filed and served a First Amended Complaint on February 19, 2014.  In November 2014, the Named Plaintiffs notified defense counsel of their intention to file a Second Amended Complaint, which would have, *inter alia*, added claims as to certain class members based on the Fair Labor Standards Act, 29 U.S.C. sections 201, *et seq*.  On or about December 8, 2014, Defendant filed a Notice of Removal of the Action pursuant to 28 U.S.C. section 1441(b) based on Plaintiffs' intention to file the proposed Second Amended Complaint, which would have provided a basis for this Court's federal question jurisdiction.  The Action was assigned Case No. 1:14-CV-01957 BAM.

2.　On December 14, 2014, the Parties reached a mediated settlement of this matter whereby the Second Amended Complaint will not be filed.  As a result, there is no arguable basis for this Court's jurisdiction.

3.　Therefore, the Parties stipulate that this action should immediately be remanded to the Merced County Superior Court.

4.　Each Party shall bear his or its own attorneys' fees and costs with respect to the removal and subsequent remand of the Action pursuant to this Stipulation and Order.

5.　This Stipulation moots all pending matters before this Court and all pending

deadlines and hearings in this case should be taken off the Court's calendar.

6. The Parties further agree that this Stipulation will not preclude Defendants from seeking to remove this action to federal court at a later time if the Merced Superior Court denies preliminary or final approval of the proposed settlement and the Parties cannot reach an alternative agreement within thirty days of the order denying approval. In the event settlement approval is denied, Plaintiffs agree not to assert that Defendants' failure to remove within statutory period is a basis for remand.

Dated: March 3, 2015            BERLINER COHEN

                                By:   /s/ Susan E. Bishop
                                      Susan Bishop
                                      Attorneys for Defendants

Date: March 3, 2015             CALIF. RURAL LEGAL ASSISTANCE FOUNDATION
                                LAW OFFICES OF JOHN E. HILL

                                By:   /s/ Enrique Martinez
                                      Enrique Martínez
                                      Attorneys for Individual Plaintiffs
                                      and the Plaintiff Class

**ORDER**

The Parties to the above-referenced action having filed a Stipulation to Remand Removed Action, the Court having reviewed that Stipulation and good cause appearing, IT IS HEREBY ORDERED THAT

1. The Parties' Stipulation is approved;

2. This Action is hereby remanded to the Merced County Superior Court;

3. Each Party shall bear his or its own attorneys' fees and costs in connection with

respect to the removal and remand of this Action;

4. All pending deadlines and hearings in this Action are hereby vacated

IT IS SO ORDERED.

Dated: **March 9, 2015**                         /s/ Lawrence J. O'Neill
                                                            UNITED STATES DISTRICT JUDGE